1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
     11332 Mountain View Ave., Suite C
3       Loma Linda, California 92354
4       Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8            UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  JERRY ANDERSON,	)	No.  EDCV 09-545 MAN
11                     )
12     Plaintiff,	)	[~~PROPOSED~~] ORDER AWARDING
   v.	)	<u>EAJA FEES</u>
13                     )
14  MICHAEL J. ASTRUE,	)
  Commissioner Of Social Security,	)
15                     )
16     Defendant.	)
17    _____	)

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20  THOUSAND NINE HUNDRED EIGHTY SIX DOLLARS AND 00/100 ($2,986.00)
21  subject to the terms of the stipulation.
22       DATED:  July 23, 2010
23                                        _____
24                                        HON. MARGARET A. NAGLE
25                                        UNITED STATES MAGISTRATE JUDGE
26
27
28